## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANNA GARNER,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **CITIBANK, N.A.,** | **NO.  15-3836** |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 8th day of January, 2016, upon consideration of the Stipulation Of

Dismissal (ECF 15), **IT IS ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**


**/s/ Wendy Beetlestone**

_____

**WENDY BEETLESTONE, J.**